JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JULIO CESAR GUTIERREZ-JARAMILLO,<br><br>　　　　　Petitioner,<br><br>　　　　v.<br><br>FRANCISCO J. QUINTANA, WARDEN,<br><br>　　　　　Respondent. | Case No. 2:23-cv-09025-DOC (DTB)<br><br>**J U D G M E N T** |

　　Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

　　IT IS ADJUDGED that the action is dismissed with prejudice.

Dated: September 13, 2024

　　　　　　　　　　　　　　　　　　　_/s/ David O. Carter_
　　　　　　　　　　　　　　　　　　　DAVID O. CARTER
　　　　　　　　　　　　　　　　　　　United States District Judge

1